JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

VATSAL MAHAJAN,

       Plaintiffs,

       v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

       Defendants.

No. 2:24-cv-02938-HDV-MRW

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL**

Honorable Hernán D. Vera
United States District Judge

Pursuant to stipulation, and for good cause shown, IT IS ORDERED that the case is dismissed with the agreement that (1) U.S. Customs and Border Protection agrees to update Plaintiff's Form I-94, Arrival/Departure Record reflecting an authorization period through July 10, 2025 and (2) Parties agree to bear their own costs and fees.

DATED:  11/27/24

HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE